UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN JOYNER,

    Plaintiff,

vs.                                  Case No. 3:06-cv-49-J-HTS

JO ANNE B. BARNHART,
Commissioner of the
Social Security
Administration,

    Defendant.
_____

**O R D E R**

This cause is before the Court on the Application for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. #22; Application), filed January 16, 2007. It is represented Defendant has "no objection to attorney fees." Application at 1.[1]

The Application requests the Court to award $2,040.82 in fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *Id*. Counsel expended 12.65 hours in representing Plaintiff before the Court in 2006. *See id.*; Affidavit of Attorney's Time, attached to the Application.

Having reviewed the Application and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an

---

[1] The Court will interpret this to mean Defendant also has no objection to the fee amount sought in the Application.

award of fees.  *See* 28 U.S.C. § 2412(d).  Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $2,040.82 in attorney fees.

Accordingly, the Application (Doc. #22) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,040.82.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of January, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
    pro se parties, if any